| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF CONNECTICUT |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The 6 Group, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  6 Group, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1878566** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**440 Black Rock Tpke**<br>**Redding, CT 06896**<br>Number, Street, City, State & ZIP Code<br><br>**Fairfield**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**433 Belden Hill Road Wilton, CT 06897**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **The 6 Group, LLC**        Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **The 6 Group, LLC**
 Name

Case number (*if known*) _____

List all cases. If more than 1, attach a separate list

Debtor **Benitez & Galloway Real Estate, LLC**  Relationship _____

District **Connecticut**   When **6/09/25**   Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
             Contact name _____
             Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **The 6 Group, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 9, 2025**
MM / DD / YYYY

X **/s/ Hernan Benitez**
Signature of authorized representative of debtor

**Hernan Benitez**
Printed name

Title **Member**

**18. Signature of attorney**

X **/s/ Jeffrey M. Sklarz**
Signature of attorney for debtor

Date **June 9, 2025**
MM / DD / YYYY

**Jeffrey M. Sklarz ct20938**
Printed name

**Green & Sklarz LLC**
Firm name

**1 Audubon St, 3rd Fl
New Haven, CT 06511**
Number, Street, City, State & ZIP Code

Contact phone **203-285-8545**    Email address **jsklarz@gs-lawfirm.com**

**ct20938 CT**
Bar number and State

# RESOLUTIONS ADOPTED BY
# THE 6 GROUP, LLC

I HEREBY CERTIFY that (i) I, Hernan Benitez, (the "Member"), sole member of **The 6 Group, LLC**, a New York limited liability company (hereinafter referred to as the "Company"), (ii) the following is a true and correct copy of resolutions duly adopted on June 9, 2025 (the "Resolutions"), and (iii) the Resolutions neither conflict with any order of any court or the operating agreement of the Company, nor have the Resolutions been in any way altered, amended, or repealed, and they are in full force and effect, unrevoked and unrescinded as of this date;

**Be it hereby:**

RESOLVED, that the Company shall (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"); (ii) if circumstances arise prior to filing such a petition that make it necessary or convenient: (a) consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (b) consent to the entry of an order for relief and convert an involuntarily commenced Chapter 7 case to a case under Chapter 11; and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effectuate any of the foregoing; and be it

FURTHER RESOLVED, that the Member of the Company shall be, and hereby is, authorized and empowered to execute and deliver or cause to be filed, on behalf of the Company, (i) the voluntary petition of the Company pursuant to Chapter 11 of the Bankruptcy Code, (ii) the consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (iii) the consent to the entry of an order for relief and conversion of an involuntarily commenced Chapter 7 case to a case under Chapter 11, (iv) any and all other documents necessary or appropriate in connection therewith, in such form or forms as the Officer or Officers so acting may approve; and be it

FURTHER RESOLVED, that, to the extent necessary, the Member shall be authorized and empowered to execute and deliver for and on behalf of the Company, as Debtor and Debtor-in-possession, such agreements, instruments, and any and all other documents necessary or appropriate to facilitate the use of cash collateral under 11 U.S.C. § 363 or debtor-in-possession financing under 11 U.S.C. § 364 (the "Financing Documents"), and that Financing Documents containing such provisions, terms, conditions, covenants, warranties, and representations as may be deemed necessary or appropriate by the Member so acting hereby are approved; and be it

FURTHER RESOLVED, that the law firm of Green & Sklarz LLC ("G&S") and its member, Jeffrey M. Sklarz, Esq., and/or any of G&S's attorneys, shall be, and they hereby are, authorized and empowered to represent the Company, as Debtor and Debtor-in-Possession, in connection with any case commenced by or against it under the Bankruptcy Code; and be it

FURTHER RESOLVED, that the Member shall be, and is, authorized and empowered to retain, on behalf of the Company, such attorneys, financial advisors, and accountants as the Member or other Officer or Officers so acting shall deem appropriate in her or their judgment; and be it

FURTHER RESOLVED, that the Member shall be, and is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents, and to pay all such fees and expenses, as she shall deem appropriate in her judgment to fully carry out the intent and accomplish the purposes of the Resolutions; and be it

FURTHER RESOLVED, that all of the acts and transactions of any one or more of the Officers of the Company, which have been taken, caused to have been taken, or made prior to the effective date of the Resolutions in connection with the matters set forth in the Resolutions, are hereby ratified, confirmed, and approved.

Attest:                                                  The 6 Group, LLC

                                                         By: _____
                                                              Hernan Benitez
                                                              Its Sole Member

Date: June 9, 2025

Fill in this information to identify the case:

Debtor name: **The 6 Group, LLC**
United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Dark Charcoal 433, LLC** 1688 Meridian Ave, 7th Fl Attn: President, Secretary or Mng Agent Miami Beach, FL 33139 | | **433 Belden Hill Road, Wilton, CT 06897 Property value pursuant to CMA performed by Coldwell Banker Realty date January 17, 2025** | | $3,674,301.40 | $2,800,000.00 | $902,633.71 |
| **Square Root Corp. 157-20 Willets Point Blvd. Attn: President, Secretary, or Mng Agent Whitestone, NY 11357** | | | | | | $550,000.00 |
| **Jana C. Holdings LLC 88-17 169th Street Attn: President, Secretary or Mng Agent Whitestone, NY 11357** | | | | | | $450,000.00 |
| **Small Business Adminstration Attn President, Secretary or Mng Agent 2 North Street, Suite 320 Birmingham, AL 35203** | | | | $228,300.00 | $0.00 | $228,300.00 |

Debtor **The 6 Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Daniel Palma Vera Roman M. Avshalumov, Esq. Helen F. Dalton & Associates, P.C. 80-02 Kew Gardens Road, Ste 601 Kew Gardens, NY 11415** | | | | | | $20,000.00 |
| **American Express National Bank 115 W. Towne Ridge Parkway Attn President, Secretary or Mng Agent Sandy, UT 84070** | | | | | | $15,787.52 |
| **Home Cabinet Ltd. c/o Kenneth D. Sugarman, Esq 652 Broadway, 4th Fl New York, NY 10012** | | | | | | $15,297.68 |
| **TaxServ Capital Services LLC 25 Prescott Street, 2nd Floor Attn: President, Secretary or Mng Agent West Hartford, CT 06110** | | **Debt collector for Town of Wilton real estate taxes.** | | | | $13,271.06 |
| **United Rentals, Inc. c/o Mark A. Kirkorsky, PC 1119 W. Southern Avem Suite 200 Mesa, AZ 85210** | | | | | | $2,891.18 |
| **Eversource PO BOX 56002 Attn President, Secretary or Mng Agent Boston, MA 02205** | | | | | | $2,115.71 |
| **Liberty Mutual Insurance PO Box 2839 Attn President, Secretary or Mng Agent New York, NY 10116** | | | | | | $771.00 |

Debtor **The 6 Group, LLC**　　Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TD Bank NA c/o Northstar Location Services Attn President, Secretary or Mng Agent 4285 Genesee Street Cheektowaga, NY 14225** | | | | | | **$196.67** |
| **Liberty Mutual Insurance PO Box 3200 Attn President, Secretary or Mng Agent New York, NY 10116** | | | | | | **$174.00** |

```
American Express National Bank
115 W. Towne Ridge Parkway
Attn President, Secretary or Mng Agent
Sandy, UT 84070


Benitez & Galloway Real Estate LLC
440 Black Rock Tpke
Attn: Hernan Benitez
Redding, CT 06896


Carlos & Victoria Benitez
19271 W Hibiscus St
Weston, FL 33332


Daniel Palma Vera
Roman M. Avshalumov, Esq.
Helen F. Dalton & Associates, P.C.
80-02 Kew Gardens Road, Ste 601
Kew Gardens, NY 11415


Dark Charcoal 433, LLC
1688 Meridian Ave, 7th Fl
Attn: President, Secretary or Mng Agent
Miami Beach, FL 33139


Eversource
PO BOX 56002
Attn President, Secretary or Mng Agent
Boston, MA 02205


Hernan Benitez
440 Black Rock Tpke
Redding, CT 06896


Home Cabinet Ltd.
c/o Kenneth D. Sugarman, Esq
652 Broadway, 4th Fl
New York, NY 10012
```

Jana C. Holdings LLC
88-17 169th Street
Attn: President, Secretary or Mng Agent
Whitestone, NY 11357


Jesse C. Galloway
39 Wilson Ave
Norwalk, CT 06853


Keith K. Fuller
Law Offices of Keith K. Fuller
5300 Bigelow Commons
Enfield, CT 06082


Leviton Law FIrm Ltd.
One Piece Place, Suite 725W
Attn President, Secretary or Mng Agent
Itasca, IL 60143


Liberty Mutual Insurance
PO Box 2839
Attn President, Secretary or Mng Agent
New York, NY 10116


Liberty Mutual Insurance
PO Box 3200
Attn President, Secretary or Mng Agent
New York, NY 10116


Owemanco Mortgage Limited Partnership
1910 Yonge Street
Attn President, Secretary or Mng Agent
Suite 402 Toronto, Ontario
M4S 3B2 CANADA


Pucin & Friedland PC
935 National Parkway, Suite 40
Attn President, Secretary or Mng Agent
Schaumburg, IL 60173

```
Small Business Adminstration
Attn President, Secretary or Mng Agent
2 North Street, Suite 320
Birmingham, AL 35203


Square Root Corp.
157-20 Willets Point Blvd.
Attn: President, Secretary, or Mng Agent
Whitestone, NY 11357


TaxServ Capital Services LLC
25 Prescott Street, 2nd Floor
Attn: President, Secretary or Mng Agent
West Hartford, CT 06110


TD Bank NA
c/o Northstar Location Services
Attn President, Secretary or Mng Agent
4285 Genesee Street
Cheektowaga, NY 14225


Town of Wilton
Attn Tax Collector
238 Danbury Road
Wilton, CT 06897


United Rentals, Inc.
c/o Mark A. Kirkorsky, PC
1119 W. Southern Avem Suite 200
Mesa, AZ 85210


Zwicker & Associates PC
1225 Franklin Ave, Ste 260
Attn President, Secretary or Mng Agent
Garden City, NY 11530
```

# United States Bankruptcy Court
### District of Connecticut

In re  **The 6 Group, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **The 6 Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  9, 2025**  
Date

**/s/ Jeffrey M. Sklarz**  
**Jeffrey M. Sklarz ct20938**  
Signature of Attorney or Litigant  
Counsel for **The 6 Group, LLC**  
**Green & Sklarz LLC**  
**1 Audubon St, 3rd Fl**  
**New Haven, CT 06511**  
**203-285-8545 Fax:203-823-4546**  
**jsklarz@gs-lawfirm.com**